UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

IN RE: )
)
PROVINCE GRANDE OLDE LIBERTY, )
LLC, et. al., )
)
PEM ENTITIES, LLC, )
)
        Appellant, )
)
v. ) **JUDGMENT**
) No. 5:14-CV-889-D
)
ERIC M. LEVIN, and HOWARD )
SHAREFF, )
)
        Appellees. )

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the judgment of the bankruptcy court is AFFIRMED.

**This Judgment Filed and Entered on June 1, 2015, and Copies To:**

| | |
|---|---|
| John A. Northern | (via CM/ECF electronic notification) |
| Vicki L. Parrott | (via CM/ECF electronic notification) |
| John Paul Cournoyer | (via CM/ECF electronic notification) |
| Samantha Y. Moore | (via CM/ECF electronic notification) |
| William P. Janvier | (via CM/ECF electronic notification) |
| James C. White | (via CM/ECF electronic notification) |
| Michelle Merck Walker | (via CM/ECF electronic notification) |

DATE                                           **JULIE RICHARDS JOHNSTON, CLERK**
June 1, 2015                                   By:   /s/ Courtney O'Brien
                                                                         Deputy Clerk